NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Daniel J. Kessler, Esq. (SBN 173710)
BURKHALTER KESSLER CLEMENT & GEORGE LLP
2020 Main Street, Suite 600
Irvine, California 92614
Telephone: (949) 975-7500
dkessler@bkcglaw.com

ATTORNEY(S) FOR: Plaintiff Jet Genius Holdings, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JET GENIUS HOLDINGS, INC., a California corporation,

Plaintiff(s),

v.

JL JETS, INC., a Wyoming corporation d/b/a JUST LANDED JETS; et al.

Defendant(s)

CASE NUMBER:

## CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Plaintiff Jet Genius Holdings, Inc. or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
| --- | --- |
| Jet Genius Holdings, Inc. | Plaintiff |
| Aaron "Angel" Stanz | Plaintiff's Shareholder (>10%) |
| Jordan Brown | Plaintiff's Shareholder (>10%) |

07/24/2026
Date

/s/ Daniel J. Kessler
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff Jet Genius Holdings, Inc.