JAMES R. FELTON, ESQ. (State Bar No. 138767)
jfelton@gblawllp.com
G&B LAW, LLP
16000 Ventura Boulevard, Suite 1000
Encino, California 91436
Tel: (818) 382-6200 • Fax: (818) 986-6534

Attorneys for Defendants
JL Jets, Inc, Lindsey Begnaud, Jude Dineen,
James Sperry, David Ossa, Stephen Sink,
Bianca Manica, Jerry Compton, Roya Arabi, and
Pursuit Media Group, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JET GENIUS HOLDINGS, INC., a California corporation,

Plaintiff,

v.

JL JETS, INC., a Wyoming corporation d/b/a JUST LANDED JETS; LINDSEY BEGNAUD, an individual; JUDE DINEEN, an individual; JAMES SPERRY, an individual; DAVID OSSA, an individual; STEPHEN SINK, an individual; BIANCA MANICA, an individual; JERRY COMPTON, an individual; RYAN SARGENT, an individual; BRYAN GRIGORIAN, an individual; STACY BROWN, an individual; CHASEN DOBOS-BUBNO, an individual; ROYA ARABI, an individual; DEBORAH FOUTS, an individual; PURSUIT MEDIA GROUP, INC. a Nevada corporation; AVSOFT SOLUTIONS INC., a Florida corporation; JETSET CATERING, LLC, a California limited liability company; CONNECTIONVNY, LLC, a California limited liability company;

Defendants.

**CASE NO.:** 2:26-cv-08192-MWC-BFM

CASE ASSIGNED TO:
Judge Michelle Williams Court

**STIPULATION TO EXTEND TIME FOR DEFENDANTS JL JETS, INC, LINDSEY BEGNAUD, JUDE DINEEN, JAMES SPERRY, DAVID OSSA, STEPHEN SINK, BIANCA MANICA, JERRY COMPTON, ROYA ARABI, AND PURSUIT MEDIA GROUP, INC. TO RESPOND TO INITIAL COMPLAINT (L.R. 8-3)**

Response Deadline: On or after September 10, 2026
New Response Deadline: September 30, 2026

Trial Date: Not yet assigned

**Complaint Filed:** July 24, 2026

Pursuant to Civil Local Rule 8-3, Plaintiff Jet Genius Holdings, Inc. ("Jet Genius") and Defendants JL Jets, Inc, Lindsey Begnaud, Jude Dineen, James Sperry, David Ossa, Stephen Sink, Bianca Manica, Jerry Compton, Roya Arabi, and Pursuit Media Group, Inc. ("Defendants") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree as follows::

1. Jet Genius filed its Complaint in this Court on July 24, 2026. The Defendants JL Jets, Inc. Lindsey Begnaud Stephen Sink, Bianca Manica, Jerry Compton, Roya Arabi and Pursuit Media Group, Inc. were personally served on various dates on or after August 19, 2026.

2. Defendants Ossa, Sperry, and Dineen have not yet been served but counsel for Defendants have agreed to accept service of the complaint on behalf of those individuals.

3. Defendants desire additional time to prepare and file a responsive pleading.

4. Plaintiff is willing to provide additional time for Defendants to prepare and file its responsive pleading, and the total cumulative amount of time requested less than 30 days.

5. As such, the parties agree and stipulate that Defendants' deadline to respond to the Complaint is extended to September 30, 2026.

5. This is the first request for an extension for Defendants to respond to the Complaint.

6. This extension will not alter any other deadlines set by the Court.

7. The parties have executed this stipulation in good faith and in the interests of justice, judicial economy, and desire to avoid any unnecessary expense

/ / /

/ / /

/ / /

/ / /

/ / /

**IT IS SO STIPULATED.**

DATED: September 14, 2026

G&B LAW, LLP

By: ______________________
JAMES R. FELTON, ESQ.
Attorneys for Defendants
JL Jets, Inc, Lindsey Begnaud, Jude Dineen, James Sperry, David Ossa, Stephen Sink, Bianca Manica, Jerry Compton, Roya Arabi, and Pursuit Media Group, Inc.

DATED: September 14, 2026

BURKHALTER KESSLER CLEMENT & GEORGE LLP

By: /S/
Daniel J. Kessler, Esq.
Michael Oberbeck, Esq.
Attorneys for Plaintiff
Jet Genius Holdings, Inc.

G&B LAW

# CERTIFICATE OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is **16000 Ventura Boulevard, Suite 1000, Encino, California 91436**.

This is to certify that on September 14, 2026, I electronically filed the foregoing **STIPULATION TO EXTEND TIME FOR DEFENDANTS JL JETS, INC, LINDSEY BEGNAUD, JUDE DINEEN, JAMES SPERRY, DAVID OSSA, STEPHEN SINK, BIANCA MANICA, JERRY COMPTON, ROYA ARABI, AND PURSUIT MEDIA GROUP, INC. TO RESPOND TO SECOND AMENDED COMPLAINT AND (PROPOSED) ORDER** using the Court's CM/ECF filing system which sends notification of such filing to all parties and/or counsel of record addressed as follows:

**SEE ATTACHED SERVICE LIST**

☐ **BY REGULAR MAIL:** I deposited such envelope in the mail at 16000 Ventura Boulevard, Suite 1000, Encino, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

☐ **BY OVERNIGHT MAIL:** I deposited such documents at the Overnite Express or Federal Express Drop Box located at 16000 Ventura Boulevard, Suite 1000, Encino, California. The envelope was deposited with delivery fees thereon fully prepaid.

I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 14, 2026, at Encino, California.

Matthew Bowes

# SERVICE LIST

- **Daniel Kessler** dkessler@bkcglaw.com,cadorner@bkcglaw.com,afrljuckic@bkcglaw.com
- **Michael Oberbeck** moberbeck@bkcglaw.com