*Attorney or Party without Attorney:*
Daniel J. Kessler, Esq. (SBN 173710)
BURKHALTER KESSLER CLEMENT & GEORGE LLP
2020 Main Street, Suite 600
Irvine, California 92614
*Telephone No:* (949) 975-7500
*Attorney For:* Plaintiff

*Ref. No. or File No.:* Jet02-700

***For Court Use Only***

*Insert name of Court, and Judicial District and Branch Court:*
In The United States District Court For The Central District Of California

*Plaintiff:* JET GENIUS HOLDINGS, INC., a California corporation
*Defendant:* JL JETS, INC., a Wyoming corporation d/b/a JUST LANDED JETS, et al.

| PROOF OF SERVICE | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* 2:26-cv-08192-MWC (BFMx) |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Certification and Notice of Interested Parties (LOCAL RULE 7.1-1); Notice of Appearance or Withdrawal of Counsel; Notice of Assignment to United States Judges; Notice to Parties of Court-Directed ADR Program; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge; Standing Order Regarding Newly Assigned Cases

3. *a. Party served:* JETSET CATERING, LLC, a California limited liability company
   *b. Person served:* Steven Blake, Agent for Service of Process

4. *Address where the party was served:* 533 2nd Street Ste. 250, Encinitas, CA 92024

5. *I served the party:*
   a. **by substituted service.** On: Wed, Sep 09 2026 at: 01:52 PM by leaving the copies with or in the presence of: "Jane Doe", Receptionist / would not provide name (Caucasian, Female, Age: 55, Hair: Blond, Eyes: Brown, Height: 5'0", Weight: 100) / Served under CCP § 415.20

   (1) [ ] **(Residence or Usual Place of Abode)** a person of suitable age and discretion who resides there.
   (2) [X] **(Company)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (3) [X] **(Declaration of Mailing)** is attached.
   (4) [ ] **(Declaration of Diligence)** attached stating actions taken first to attempt personal service.

*Attorney or Party without Attorney:*
Daniel J. Kessler, Esq. (SBN 173710)
BURKHALTER KESSLER CLEMENT & GEORGE LLP
2020 Main Street, Suite 600
Irvine, California 92614
*Telephone No:* (949) 975-7500
*Attorney For:* Plaintiff

*Ref. No. or File No.:* Jet02-700

***For Court Use Only***

*Insert name of Court, and Judicial District and Branch Court:*
In The United States District Court For The Central District Of California

*Plaintiff:* JET GENIUS HOLDINGS, INC., a California corporation
*Defendant:* JL JETS, INC., a Wyoming corporation d/b/a JUST LANDED JETS, et al.

| PROOF OF SERVICE | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* 2:26-cv-08192-MWC (BFMx) |
|---|---|---|---|---|

6. ***Person Who Served Papers:***
   a. Mark Brown (1865, San Diego County)
   **. FIRST LEGAL**
   600 W. Santa Ana Blvd., Ste. 101
   SANTA ANA, CA 92701
   c. (714) 541-1110

   **d.** ***The Fee*** *for Service was:* $207.36
   **e.** I am: A Registered California Process Server

7. ***I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.***

09/10/2026
*(Date)*

*(Signature)*

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>Daniel J. Kessler, Esq. (SBN 173710)<br>BURKHALTER KESSLER CLEMENT & GEORGE LLP<br>2020 Main Street, Suite 600<br>Irvine, California 92614<br>*Telephone No:* (949) 975-7500<br>*Attorney For:* Plaintiff<br>*Ref. No. or File No.:* Jet02-700 | ***For Court Use Only*** |
| *Insert name of Court, and Judicial District and Branch Court:*<br>In The United States District Court For The Central District Of California | |
| *Plaintiff:* JET GENIUS HOLDINGS, INC., a California corporation<br>*Defendant:* JL JETS, INC., a Wyoming corporation d/b/a JUST LANDED JETS, et al. | |

| PROOF OF SERVICE By Mail | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* 2:26-cv-08192-MWC (BFMx) |
|---|---|---|---|---|

1. *I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.*

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Certification and Notice of Interested Parties (LOCAL RULE 7.1-1); Notice of Appearance or Withdrawal of Counsel; Notice of Assignment to United States Judges; Notice to Parties of Court-Directed ADR Program; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge; Standing Order Regarding Newly Assigned Cases

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:
   a. Date of Mailing: Thu, Sep 10, 2026
   b. Place of Mailing: SANTA ANA, CA 92701
   c. Addressed as follows: JETSET CATERING, LLC, a California limited liability company c/o Steven Blake, Agent for Service of Process
   533 2nd Street, Ste. 250 Encinitas, CA 92024

4. *I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Thu, Sep 10, 2026 in the ordinary course of business.*

Recoverable cost Per CCP 1033.5(a)(4)(B)

5. ***Person Serving:***
   a. David Ledesma (2891, Orange County)
   **b. FIRST LEGAL**
   600 W. Santa Ana Boulevard, Suite 101
   SANTA ANA, CA 92701
   c. (714) 541-1110

   **d.** ***The Fee*** *for Service was: $207.36*
   **e.** I am: A Registered California Process Server

6. ***I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.***

09/10/2026
*(Date)*

*(Signature)*